HENRY A. ROOT et al., Respondents, *v.* FREDERIC P. OLCOTT, as Receiver, etc., Appellant.

(Argued April 26, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of October, 1886, which modified and affirmed, as modified, a judgment in favor of plaintiff, entered upon the report of a referee.

*Everett P. Wheeler* for appellant.

*Ira D. Warren* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.